**Order entered April 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00126-CV

### MEDICAL HYPERBARICS, INC., Appellant

### V.

### NASHIR KARMALI, Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-17604

## ORDER

Before the Court is appellant's April 19, 2022 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **May 6, 2022**.

/s/    KEN MOLBERG
        JUSTICE